IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| BROOKE TILLEY,<br><br>　　Plaintiff,<br><br>v.<br><br>THOMAS EDISON CHARTER SCHOOL,<br><br>　　Defendant. | **ORDER OF DISMISSAL**<br><br>Case No. 1:23-cv--00112-JNP-CMR<br><br>District Judge Jill N. Parrish |

　　Plaintiff Brooke Tilley filed a complaint on October 10, 2023, and the summons as to Defendant Thomas Edison Charter School was returned two days later. Tilley has taken no steps to prosecute this case since that date.

　　On May 27, 2025, the court ordered Tilley to show cause why this action should not be dismissed for failure to prosecute and for failure to obey the court's order to propose a schedule. The court stated that failure to file a response would result in dismissal without prejudice. Tilley has not responded to the court's order. Therefore, the court now ORDERS that this action be dismissed without prejudice.

　　Signed June 18, 2025.

　　　　　　　　　　　　　　　　BY THE COURT

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Jill N. Parrish
　　　　　　　　　　　　　　　　United States District Court Judge